<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

MARCO ANTONIO RENE HUERTAS
FALCON,

              Petitioner,

              v.

JONATHAN FLORENTINO, et al.,

              Respondents.

Civil Action No. 25-17164 (KMW)

**MEMORANDUM ORDER**

This matter comes before the Court on Respondents' Motion to Seal Exhibit A (Credible Fear Packet) of the Answer to the Amended Petition (ECF No. 6). (ECF No. 10.) The Court has reviewed Exhibit A and the relevant authorities. For the reasons set forth below, the Motion is granted.

Respondents seek leave to file Exhibit A within the Answer to the Amended Petition under seal because it contains Petitioner's sensitive personal information. (ECF No. 10-1 ¶ 7.) Disclosure of these materials could expose Petitioner's sensitive personal information to the public. (*Id.*) Redaction alone would be insufficient to protect these interests because the sensitive information is pervasive throughout the filing. (*Id.* ¶ 9.) Local Civil Rule 5.3(c) allows sealing when there is a showing that disclosure would result in clearly defined and serious injury. (ECF No. 10-2 ¶ 6.)

The Court has reviewed Respondents Motion to Seal (ECF No. 10) and finds that Exhibit A within the Answer to the Amended Petition (ECF No. 6) contains Petitioner's sensitive personal information subject to mandatory confidentiality protections under 8 C.F.R. §§ 208.6 and 1208.6.

Disclosure of this material could place Petitioner at serious risk and would contravene these federal confidentiality provisions. Consistent with Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3(c), the Court finds that sealing is necessary and narrowly tailored. Redaction is not feasible because the sensitive information is widespread throughout the filings.

The Third Circuit's public-access decisions recognize that the presumption of access yields where countervailing interests are grounded in statute or where disclosure would cause a clearly defined and serious injury. *See In re Cendant Corp.,* 260 F.3d 662 (3d Cir. 2019). That standard is satisfied here.

Accordingly, the Court concludes that Petitioner has satisfied the requirements of Federal Rule of Civil Procedure 5.2, Local Civil Rule 5.3(c), and controlling Third Circuit precedent.

**IT IS THEREFORE** on this ____ day of January, 2026,

**ORDERED** that Respondents' Motion to Seal (ECF No. 10) is **GRANTED**; and it is further

**ORDERED** that the documents filed within Exhibit A of the Answer to the Amended Petition (ECF No. 6) shall be **SEALED**; and it is further

**ORDERED** that the Clerk of Court is directed to maintain the sealed materials in accordance with this Order; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

Hon. Karen M. Williams,
United States District Judge